PER CURIAM.

(No. 74-CC-370—Claimant )

DR. RALPH H. BAAHLMANN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REGISTRATION AND EDUCATION, Respondent.

*Opinion filed March 20, 1974.*

DR. RALPH H. BAAHLMANN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.